

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

MAY **1 3** 2021

PATRICK KEANEY
Clerk, U.S District Court

By_____
Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | Case No.  **CR 21-207  RAW** |
| v. | |
| **CRYSTAL MARIE HAWORTH,** | |
| *Defendant.* | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, & 1153]

On or about July 15, 2020, within the Eastern District of Oklahoma, in Indian Country, the defendant, **CRYSTAL MARIE HAWORTH**, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Leonard Brokeshoulder, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

*Jason Poe*

Jason Poe, TX Bar #24046640
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY