UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) | | |
| vs. | ) | Case No. | CR-21-207-DCJ |
| CRYSTAL MARIE HAWORTH, | ) | Date: | 10/6/2021 |
| Defendant. | ) | Time: | 2:00 p.m. – 2:10 p.m. |

## MINUTE SHEET – VIDEO TELECONFERENCE DISCOVERY CONFERENCE

David C. Joseph, Judge          K. Hayes, Deputy Clerk

Counsel for Plaintiff: Jason Poe & Lisa Man, AUSAs; appeared via zoom
Counsel for Defendant: Colleen P. Fitzharris, appointed; appeared via zoom
Defendant appears in person: [ ] with Counsel; [ ] Counsel waived; [x] w/o Counsel;

**MINUTES:**

Appearances made. No objections made by Departments and all persons and/or agencies entitled. Court reviewed Confidential Records [Doc. 28] in camera.

FINDINGS: The Court authorizes inspection, release, and/or disclosure of said records to counsel for Defendant under the terms and restrictions of the Protective Order. Court directs Judicial Assistant to provide hard copies of the records to Colleen Fitzharris on behalf of the Defendant, Crystal Marie Haworth, after entry of the Protective Order. Counsel for the Government shall be permitted to view the records through coordination with Defense Counsel.

COURT ADJOURNED.