IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CRYSTAL MARIE HAWORTH,<br><br>        Defendant. | Case No. 21-cr-00207 (DCJ) |

### NOTICE OF INSANITY DEFENSE

Crystal Haworth, through counsel, provides notice of intent "to assert a defense of insanity at the time of the alleged offense." Fed. R. Crim. P. 12.2(a); 18 U.S.C. § 4242(a).

                Respectfully Submitted,

                **FEDERAL COMMUNITY DEFENDER**

                <u>s/ Colleen P. Fitzharris</u>
                Attorney for Crystal Marie Haworth
                613 Abbott St. Ste. 500
                Detroit, MI  48226
                313-967-5842
                E-mail: colleen_fitzharris@fd.org

Date:  April 14, 2022

## CERTIFICATE OF SERVICE

I certify that on April 14, 2022, the foregoing document was filed using the CM/ECF system which will notify all parties of record.

s/Colleen P. Fitzharris