IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **CRYSTAL MARIE HAWORTH,** *Defendant.* | Case No. 6:21-CR-00207-DCJ |

### ORDER

Before the Court is the Government's MOTION FOR PRETRIAL PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION [Doc. 44], filed subsequent to the Defendant filing a NOTICE OF INSANITY DEFENSE [Doc. 43].

Pursuant to Title 18, United States Code, Sections 4242(a) and 4247, and Federal Rules of Criminal Procedure 12.2(c)(1)(B),

IT IS HEREBY ORDERED that the Government's Motion is GRANTED and the Defendant, Crystal Marie Haworth, is forthwith committed for a reasonable period of time, not to exceed forty-five (45) days, to a Bureau of Prisons facility with a suitable mental health facility in closest proximity to the Court for examination by at least one qualified psychiatrist or psychologist.

The United States Marshal's Service shall transmit this Order to the Bureau of Prisons for the designation of a facility and date for Defendant to be transported to the facility for evaluation by mental health professionals.

In evaluating Defendant's mental condition, the facility and/or mental health professional shall:

1. Promptly examine Defendant, Crystal Marie Haworth, to determine, pursuant to 18 U.S.C. § 4242, whether she was insane at the time of the offense charged, that is, whether she was then suffering from a mental disease or defect rendering her unable to appreciate the nature and quality of the wrongfulness of the charged conduct; and

2. After completing the examination, file a psychiatric or psychological report on Defendant, Crystal Marie Haworth, with this Court, including the information set forth in 18 U.S.C. § 4247(c), a copy of which shall be provided to Defendant's counsel and the United States Attorney.

IT IS FURTHER ORDERED that Defendant, Crystal Marie Haworth, the attorneys for the Government, and the United States Probation Office for this District shall make available to the designated facility any records, reports, or other documents in their possession which pertain to this Defendant. Further, Defendant's counsel shall cooperate with the designated facility in the processing of the examination.

IT IS FURTHER ORDERED that said written report shall be filed with the Clerk of this Court who will stamp it "Received." After making the necessary docket entries, the Clerk will deliver the original report to this Court and will distribute copies of same to the United States Attorney, defense counsel, and to the United States Probation Office.

IT IS FURTHER ORDERED that any periods of delay resulting from these proceedings are excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(a) for Defendant.

THUS, DONE AND SIGNED in Chambers on this 19th day of April 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE