IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,
*Plaintiff*,

v.

CRYSTAL MARIE HAWORTH,
*Defendant*.

Case No. 6:21-CR-00207-DCJ

## ORDER

Before the Court is Defendant, Crystal Marie Haworth's UNOPPOSED MOTION TO CONTINUE DEADLINES (the "Motion"). [Doc. 60]. Defendant requests that the Court issue an Order granting a 14-day continuance of the current pre-trial motions deadline. The Government does not oppose Defendant's request.

Upon a review of the record and for good cause shown, including defense counsel's need for time to travel to Oklahoma to meet with Defendant in person to review a written plea offer, the Court finds that additional time is necessary to facilitate a resolution of this case for trial.

Accordingly,

IT IS HEREBY ORDERED that the Motion is GRANTED. The pre-trial deadlines referenced in the previous Order [Doc. 59] are adjusted as follows:

1. Motions Deadline, Fed. R. Evid. 404(b) Notice, Fed. R. Evid. 413/414 Notice, and Expert Witness Disclosure is due on or before **January 19, 2023**.

2. Responses/Motions in Limine due by **January 31, 2023**.

IT IS FURTHER ORDERED that the trial in this matter will remain set for **March 6, 2023**.

IT IS FURTHER ORDERED that the following deadlines will remain set as referenced in the previous Order [Doc. 59]:

3. Foreseeable issues, Voir Dire, Jury Instructions, and Trial Briefs due by **February 3, 2023**.

4. Plea deadline is **February 10, 2023**.

THUS, DONE AND SIGNED in Chambers on this 4th day of January 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE