## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| **v.** | **Case No.: 6:21-cr-00207-DCJ** |
| **CRYSTAL MARIE HAWORTH,** | |
| *Defendant.* | |

## NOTICE OF INTENT TO OFFER EXPERT TESTIMONY

COMES NOW the United States of America, by and through its attorneys, Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, and David L. Jaffe, Chief, Organized Crime and Gang Section, and Lisa K. Man, Trial Attorney, Organized Crime and Gang Section, U.S. Department of Justice, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), and hereby gives notice of its intent to offer expert testimony in the trial of the above case under Federal Rules of Evidence 702, 703, and 705. In addition to the summary provided below, the United States has also attached the curriculum vitae of the following witnesses:

Melissa Cavazos is a criminalist with the Oklahoma State Bureau of Investigation. She will testify about her expertise in toxicology. Based on her education, training, and experience, she will testify about the laboratory testing she performed on the blood sample taken from Crystal Haworth and subsequent findings and opinions in accordance with the reports previously produced in discovery production 3, Bates Stamp HAW0000000753, and is incorporated into this notice by reference. Ms. Cavazos' curriculum vitae, which includes any publications from

the last ten years, and her testimony from the last four years, was previously produced in discovery production 5, Bates Stamp HAW00001644 – HAW00001645.

Dr. Amor Correa is a forensic psychologist with the United States Bureau of Prisons. She will testify about her expertise in forensic psychology.  Based on her education, training, and experience, she will testify about the report she produced after conducting an examination of Crystal Haworth.  She will explain the methodology she employed, tests utilized as well as her findings and opinions contained in her expert report.  Her expert report was provided to the defense in a filing to the Court (ECF No. 54) and is incorporated into this notice by reference. Dr. Correa's curriculum vitae, which includes her publications from the last ten years, and her testimony from the last four years, was previously produced in discovery production 5, Bates Stamp HAW000001557 - HAW000001563.

Dated January 5, 2023

                            CHRISTOPHER J. WILSON
                            United States Attorney


                                /s/
                            Lisa K. Man
                            MD Bar No. 0706110155
                            Trial Attorney
                            United States Department of Justice
                            Organized Crime and Gang Section
                            1301 New York Avenue, Suite 700
                            Washington, D.C. 20005
                            (202) 412-6584
                            Lisa.Man@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2023, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for Filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing for the following ECF registrants:

Colleen Fitzharris, Counsel for the Defendant

/s/
Lisa K. Man