IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CRYSTAL MARIE HAWORTH,<br><br>        Defendant. | Case No. 21-cr-00207 (DCJ) |

**NOTICE OF EXPERT EVIDENCE OF A MENTAL CONDITION**

Crystal Haworth, through counsel, provides notice of intent "to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on . . . the issue of guilt." Fed. R. Crim. P. 12.2(b). This notice also serves as notice of expert testimony as required by Fed. R. Crim. P. 16(b)(1)(C). At trial, Ms. Haworth intends to offer the expert testimony of the following people:

(1) Sara Boyd, Ph.D., ABPP, forensic psychologist;

(2) Bernice Marcopulos, Ph.D., ABPP, neuropsychologist;

(3) Craig Stevens, Ph.D., pharmacologist; and

Dr. Boyd's curriculum vitae and list of prior testimony is included as Exhibit A. Counsel has already provided the government with Dr. Boyd's report and addendum to the report. Dr. Marcopulos's CV and testimony list are included as Exhibit B. Her report has previously been provided to the government. Dr. Stevens's

CV and testimony list are included as Exhibit C. His report has been disclosed to the government.

        Respectfully Submitted,

        **FEDERAL PUBLIC DEFENDER**
        **WESTERN DISTRICT OF WASHINGTON**

        <u>s/ Colleen P. Fitzharris</u>
        Attorney for Crystal Marie Haworth
        1601 Fifth Ave., Suite 700
        Seattle, Washington 98101
        (206) 830-2926
        E-mail: colleen_fitzharris@fd.org

Date: January 17, 2023

## **CERTIFICATE OF SERVICE**

I certify that on January 17, 2023, the foregoing document was filed using the CM/ECF system which will notify all parties of record.

s/Colleen P. Fitzharris