IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **CRYSTAL MARIE HAWORTH,** *Defendant.* | Case No. 6:21-CR-00207-DCJ |

## ORDER

Before the Court is Defendant Crystal Marie Haworth's UNOPPOSED MOTION TO CONTINUE TRIAL (the "Motion"). [Doc. 64.]. Defendant requests that the Court issue an Order granting a 14-day continuance of the current trial date and the remaining pre-trial deadlines. The Government does not oppose Defendant's request.

In consideration of the SPEEDY TRIAL ACT WAIVER [Doc. 24], signed by Defendant, Crystal Haworth, upon a review of the record and for good cause shown, including defense counsel's need for time to review an amended written plea offer with Ms. Haworth, the Court finds that additional time is necessary to facilitate a resolution of this case.

Accordingly, for the reasons stated in the Motion, the Court finds that additional time is reasonable and necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(7)(A).

IT IS HEREBY ORDERED that the Motion is GRANTED. The trial in this matter currently set for March 6, 2023, is CONTINUED to **March 27, 2023, at 9:00 a.m.** in Muskogee, Oklahoma, Courtroom 1. The pre-trial conference will be held by video conference before Judge Joseph on **March 10, 2023, at 3:30 p.m.** Attendance by trial counsel is required.

IT IS FURTHER ORDERED that the remaining pre-trial deadlines are adjusted as follows:

1. Responses/Motions in Limine due by **February 24, 2023**.

2. Foreseeable issues, Voir Dire, Jury Instructions, and Trial Briefs due by **March 3, 2023**.

3. Plea deadline is **March 10, 2023**.

THUS, DONE AND SIGNED in Chambers on this 22nd day of January 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE