IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CRYSTAL MARIE HAWORTH,<br><br>　　　　Defendant. | Case No. 21-cr-00207<br><br>Hon. David Cleveland Joseph |

**NOTICE OF INTENT TO PLEAD GUILTY**

Crystal Marie Haworth, through undersigned counsel, notifies the Court that she intends to plead guilty in this case. The guilty plea will be pursuant to a Plea Agreement with the Government. If the Court accepts the Plea Agreement, Ms. Haworth's guilty plea will resolve this case. Accordingly, she requests that the Court set this case for a change of plea hearing. The final pretrial conference is scheduled for March 10, 2023, and trial is scheduled to begin on March 27, 2023. A guilty plea in this case will obviate the need for that hearing and trial. Ms. Haworth will execute a Consent to Proceed Before a Magistrate Judge before the hearing.

//

//

1

Date: February 7, 2023               Respectfully submitted,

**FEDERAL PUBLIC DEFENDER**
**WESTERN DISTRICT OF WASHINGTON**

s/ Colleen P. Fitzharris
Counsel for Crystal Marie Haworth
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 830-2926
colleen_fitzharris@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s): Assistant United States Attorney Lisa Man.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
**WESTERN DISTRICT OF WASHINGTON**

s/ Colleen P. Fitzharris
Counsel for Crystal Marie Haworth
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 830-2926
colleen_fitzharris@fd.org