IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  *Plaintiff*,  v.  **CRYSTAL MARIE HAWORTH**,  *Defendant.* | Case No. CR-21-207-DCJ |

## I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

### SECOND DEGREE MURDER IN INDIAN COUNTRY
[ 18 U.S.C. §§ 1111(a), 1151, & 1153]

On or about July 15, 2020, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **CRYSTAL MARIE HAWORTH**, an Indian, willfully, deliberately, and maliciously, did unlawfully kill L.B., in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

CHRISTOPHER J. WILSON
United States Attorney

 */s/ Lisa K. Man*
_____
Lisa K. Man, Maryland # 0706110155
Trial Attorney
U.S. Department of Justice
Organized Crime and Gang Section