IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CRYSTAL MARIE HAWORTH,<br><br>    Defendant. | Case No. 21-cr-00207<br><br>Hon. David Cleveland Joseph |

**NOTICE OF SUBMISSION OF ELECTRONIC MEDIA EXHIBIT**

Crystal Marie Haworth, through undersigned counsel, hereby provides notice of submission of the following electronic media exhibit to the Court for sentencing. On May 22, 2023, counsel for Ms. Haworth (or a legal staff representative) will send by Federal Express one (1) DVD to the Court's chambers. The DVD contains the following files:

- Clip 1
- Clip 2
- 00000342-IMG_0062
- HAWORTH Psych Report 5-9-23

The two video clips are the files that were embedded in Ms. Haworth's sealed sentencing memorandum. *See* Dkt. 86-1 at 15. The third video, 00000342-IMG_0062, was embedded in Dr. Sara Boyd's report as provided to counsel. *See* Dkt. 86-3 at 17. The video plays within the PDF. The ability to view all three videos was lost during

the filing process. Counsel provides these files separately to ensure the Court is able to review the records cited.

Respectfully submitted,

s/ *Colleen Fitzharris*
Colleen Fitzharris
Counsel for Crystal Marie Haworth
FEDERAL PUBLIC DEFENDER
1601 5th Avenue, Suite 700
Seattle, WA 98101
T: (206) 553-1100
E: Colleen_Fitzharris@fd.org

Dated: May 22, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s): Christopher Usher. I further certify that I mailed copies of the electronic media exhibit (one DVD) to the addresses for the Chambers of the Honorable David Joseph, the Clerk of the Court for the Eastern District of Oklahoma, Christopher Usher, and Chandler Ladd.

Respectfully submitted,

s/ *Colleen P. Fitzharris*
Counsel for Crystal Marie Haworth