# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  CR-21-207-DCJ |
| Plaintiff, | ) | |
| v. | ) | Date:  05/22/2023 |
| CRYSTAL MARIE HAWORTH, | ) | Time:  2:00 p.m. – 2:10 p.m. |
| Defendant. | ) | |

**MINUTE SHEET – VIDEO TELECONFERENCE**
**STATUS CONFERENCE**

David C. Joseph, Judge    K.Hayes, Deputy Clerk    No Reporter

Counsel for Plaintiff:   Christopher Usher, U.S. Dept. of Justice (Criminal Division); Genevieve Ozark, Asst. United States Attorney via zoom

Counsel for Defendant:   Colleen Pechman Fitzharris, appointed via zoom; Defendant did not appear

**MINUTES:**

Appearances made. Comes on for a Status Conference. Court inquired regarding the 11(c)(1)(C) Plea Agreement and Crime Victims' Rights Act. Parties responded. Nothing further.

COURT ADJOURNED.