IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>CRYSTAL MARIE HAWORTH,<br><br>　　　　　*Defendant*. | Case No. CR-21-207-DCJ |

### NOTICE OF DEFENDANT'S INTENT TO PLEAD GUILTY

The United States of America through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, by Christopher Usher, Department of Justice Trial Attorney, respectfully represents that the defendant herein, CRYSTAL HAWORTH, through her counsel has advised the United States of her intent to plead guilty pursuant to a plea agreement. The United States therefore requests that the Court conduct a re-arraignment pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CHRISTOPHER J. WILSON
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*s/Christopher Usher*
　　　　　　　　　　　　　　　　　　　CHRISTOPHER D. USHER II
　　　　　　　　　　　　　　　　　　　Dept. of Justice Trial Attorney
　　　　　　　　　　　　　　　　　　　1301 New York Ave. NW, Suite 700
　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　(202) 714-4232
　　　　　　　　　　　　　　　　　　　christopher.usher2@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff*,  v.  **CRYSTAL MARIE HAWORTH,**  *Defendant*. | **Case No. CR-21-207-DCJ** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I electronically filed the **NOTICE OF DEFENDANT'S INTENT TO PLEAD GUILTY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

CHRISTOPHER J. WILSON
United States Attorney

*s/Christopher Usher*
CHRISTOPHER D. USHER II
Dept. of Justice Trial Attorney
1301 New York Ave. NW, Suite 700
Washington, DC 20005
(202) 714-4232
christopher.usher2@usdoj.gov